IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Bid Protest

| | | |
|---|---|---|
| INNOVATIVE MANAGEMENT CONCEPTS, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | No. 14-148C (Judge Braden) |
| THE UNITED STATES, | ) ) ) | |
| Defendant. | ) | |

## **DEFENDANT'S MOTION TO CORRECT THE ADMINISTRATIVE RECORD**

Defendant, the United States, respectfully submits this motion to correct the administrative record to include the Government-wide acquisition contract (GWAC) award and modifications for the GWAC awarded to plaintiff, Innovative Management Concepts, Inc. (IMC). As previously filed on March 11, 2014, the administrative record contained only the GWAC award and modifications for Veteran Engineering & Technology, LLC's contract. The additional pages relating to IMC's contract to be included in the record are attached to this motion and numbered AR910 through AR976.[1]

                                          Respectfully submitted,

                                          STUART F. DELERY
                                          Assistant Attorney General

                                          ROBERT E. KIRSCHMAN, Jr.
                                          Director

---

[1] As previously indicated in the administrative record, other contract documents applicable to all awardees of this GWAC are publicly available at the following website: http://www.gsa.gov/portal/content/103791. AR71.

| OF COUNSEL: | s/Kirk T. Manhardt<br>KIRK T. MANHARDT<br>Assistant Director |
|---|---|
| DEBRA TALLEY<br>Attorney<br>U.S. Army Materiel Command<br>Redstone Arsenal, Alabama | s/Daniel B. Volk<br>DANIEL B. VOLK<br>Trial Attorney<br>Commercial Litigation Branch<br>U.S. Department of Justice<br>P.O. Box 480 |
| ROBERT B. NEILL<br>Trial Attorney<br>U.S. Army Legal Services Agency<br>Contract and Fiscal Law Division<br>Fort Belvoir, Virginia | Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone: (202) 353-7955<br>Facsimile: (202) 307-0972<br>Daniel.B.Volk@usdoj.gov |
| August 27, 2014 | Attorneys for Defendant |