# In the United States Court of Federal Claims

No. 14-148 C

Filed: September 9, 2014

```
*****************************************
                                         *
                                         *
INNOVATIVE MANAGEMENT                    *
CONCEPTS, INC.,                          *
                                         *
                                         *
        Plaintiff,                       *
                                         *
v.                                       *
                                         *
THE UNITED STATES,                       *
                                         *
        Defendant.                       *
                                         *
                                         *
*****************************************
```

**ORDER**

Pursuant to Appendix C of the RCFC, the Government's August 27, 2014 Motion To Correct The Administrative Record is granted.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**